IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MICHAEL OHLMAN, <br><br> Plaintiff, <br><br> v. <br><br> CONTINENTAL VITAMIN CO., INC., <br><br> Defendant. | Case No. 1:16-cv-00919 <br><br> Hon. Rebecca R. Pallmeyer |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Ohlman, with stipulation by Defendant Continental Vitamin Co. and pursuant to an executed settlement agreement, hereby agrees to the dismissal of this matter with prejudice, in its entirety as to all claims he may have individually and as a putative class representative, and with all parties to bear their own costs, attorneys' fees and expenses.

The Parties hereby notify the Court that, as a result of this Stipulated Dismissal, the Court can remove the two scheduled hearings in this case from its docket: (1) a Status Hearing and Motion Hearing on Plaintiff's Motion to Compel set for February 2, 2017, at 9:15 a.m. before the Hon. Sheila M. Finnegan; and (2) a Status Hearing set for February 22, 2017 at 9:00 a.m. before the Hon. Rebecca R. Pallmeyer.

Dated: January 19, 2017

Respectfully submitted,

*/s/ Sanjay S. Karnik*
Ryan M. Kaiser
Illinois Reg. No. 6289873
Sanjay S. Karnik
Illinois Reg. No. 6300156

1

        AMIN TALATI UPADHYE, LLP
        100 S. Wacker Drive, Suite 2000
        Chicago, IL 60606
        T: (312) 327-3328
        F: (312) 884-7352
        ryan@amintalati.com
        sanjay@amintalati.com

        /s/ John E. Norris
        John E. Norris (ILND-GB-11537)
        D. Frank Davis
        Wesley W. Barnett
        Dargan M. Ware
        Kristan B. Rivers
        DAVIS & NORRIS, LLP
        2154 S. Highland Ave.
        Birmingham, AL 35205
        jnorris@davisnorris.com
        fdavis@davisnorris.com
        wbarnett@davisnorris.com
        dware@davisnorris.com
        krivers@davisnorris.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of January, 2017, I caused a true and correct copy of the foregoing document to be served on the following parties' counsel via the Court's ECF system and electronic mail:

John E. Norris
Wesley W. Barnett
Davis & Norris, LLP
2154 Highland Avenue South
Birmingham, AL 35205
(205) 930-9900
jnorris@davisnorris.com
wbarnett@davisnorris.com

Gerald Jonathan Bekkerman
Bekkerman Law Offices, LLC
444 N. Michigan Ave
Suite 1000
Chicago, IL 60611
312 254-7399
Fax: 312-265-3977
gbekkerman@bekkermanlaw.com


*/s/ Sanjay S. Karnik*
Sanjay S. Karnik